DAVID M. GONDEN (State Bar No. 154306)
**ANDREWS & RHODES LLP**
1370 Valley Vista Drive, Suite 200
Diamond Bar, CA 91765
Tel: (909) 396-4436
Email:    DMG@Andrews-Rhodes.com

Attorneys for PENNYMAC LOAN SERVICES, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCSICO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PARVIN PRASAD, SAVITA CHAND, et al.<br><br>    Defendants. | Case No. 3:24-cv-04959-CRB<br><br>**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF UNDER NORTHERN DISTRICT LOCAL RULE 7-11 TO REOPEN CIVIL CASE INADVERTENTLY CLOSED BEFORE FINAL JUDGMENTS**<br><br>Honorable Charles Breyer<br>Courtroom 6 – 17th Floor<br>450 Golden Gate Avenue,<br>San Francisco, CA   94102 |

**TO:    THE COURT, TO THE PLAINTIFFS, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that defendant PENNYMAC LOAN SERVICES, LLC ("Defendant PennyMac"), moves for administrative relief under Northern District of California Local Rule 7-11, and requests that the Court enter an order re-opening the instant civil action that was prematurely closed before final judgments or disposition of Defendant PennyMac's answer and cross claims. ("Motion to Reopen Civil Case".)

The Motion to Reopen the Civil Case is based on this notice of motion; the accompanying memorandum of points and authorities and declaration of David M. Gonden; and the pleadings and papers in this matter currently on file with the Court.

/ / /

-1-

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF
TO REOPEN CIVIL CASE INADVERTENTLY CLOSED                    CASE NO. 3:24-CV-04959-CRB

**Requested Relief**: The relief requested is discussed in detail in the memorandum of points and authorities.  To summarize, Defendant PennyMac requests that the Court re-open the instant civil action that was prematurely closed before all relief and pleadings had been adjudicated. No default or judgment was entered against Defendant PennyMac and Defendant PennyMac's answer to the complaint remains without disposition along with its cross claims for declaratory relief for lien priority and equitable subrogation.  The case appears to have been inadvertently closed after the filing of stipulation between the USA and the borrower defendants without consideration of Defendant PennyMac's answer and status as a defendant and where the parties had been actively negotiating a stipulation to resolve PennyMac's claims.  Because Defendant PennyMac was not in default and no judgment was entered against it, PennyMac was not given any notice or opportunity to defend the USA's claims as a result of the early case closure or file a stipulation on its claim for lien priority.  The Parties have agreed to and prepared a Stipulation for Lien Priority that will be filed after the matter is reopened. Defendant PennyMac respectfully requests that it's motion to reopen the action and permit its defense and prosecution of its claims be granted.

Prior to filing the instant motion, on April 6, 2026, defendant PennyMac requested that plaintiff USA stipulate to or join in the instant request for administrative relief to re-open the civil case.  Plaintiff's counsel acknowledged the request and joins in and stipulates to the requested relief.

WHEREFORE, Defendant PennyMac requests that the Court grant the relief requested herein and such other relief as may be appropriate under the circumstances.

DATED:  April 13, 2026

**ANDREWS & RHODES** LLP



By _____
DAVID M. GONDEN
Attorneys for PENNYMAC LOAN SERVICES, LLC

Date: 4/16/2026

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-