BRETT SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

KHASHAYAR ATTARAN (Florida, 127091)
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, DC 20044
(202) 514-6062
Khashayar.Attaran@usdoj.gov
Western.Taxcivil@usdoj.gov

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO OR OAKLAND DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

      *v.*

PARVIN PRASAD, SAVITA CHAND, ET AL.,

      Defendants.

Case No. 3:24-cv-04959-CRB

**STIPULATED MOTION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND PENNYMAC LOAN SERVICES LLC** : ORDER

Plaintiff, the United States, and Defendant, PennyMac Loan Services LLC. ("PLS"), through their undersigned counsel, stipulate as follows:

1. On August 9, 2024, the United States filed this action to (1) to reduce to judgment federal tax assessments made against Parvin Prasad, and Savita Chand (together, "Taxpayers") for 2010, 2011, and 2012, (2) reduce to judgment certain outstanding federal income tax assessments against Defendants Parvin Prasad, Savita Chand, and (3) foreclose federal tax liens on real property commonly known as 2585 Jacobs

Stipulated Motion regarding Lien Priority between
the United States and PennyMac Loan Services, LLC.
(Case No. 3:24-cv-04959-CRB)

1

St. Hayward, CA 94541 ("Subject Property").

2. This Stipulated Motion relates to the Subject Property.

3. The legal description of the Subject Property is:

LOT 11, BLOCK 2, TRACT 1305, FILED JULY 15, 1953, MAP BOOK 33, PAGE 89, ALAMEDA COUNTRY RECORDS

APN: 417-0060-005

4. The assessor's parcel number for the Subject Property is: 417-0060-005.

5. The United States named PLS as a defendant in this action pursuant to 26 U.S.C. § 7403(b).  The United States claims no monetary relief against PLS.

6. The United States asserts that federal tax liens encumber the Subject Property.  These federal tax liens are referenced in paragraphs 27, 28, and 32 through 36 of the complaint for this action.  Dkt. 1.

7. PLS holds a mortgage lien encumbering the Subject Property that is senior in part and subordinate in part to the United States' liens encumbering the Subject Property by virtue of PLS's refinancing and payoff of a preceding senior mortgage lien.

8. The Parties stipulate that PLS's mortgage lien that is senior to the United States' liens is in the amount of $289,113.87 (the PennyMac Senior Lien).

9. The United States' liens are second in priority, subordinate only to the PennyMac Senior Mortgage Lien.

10. The Parties stipulate that PLS's mortgage lien that is junior to the United States' liens is as of December 3, 2025, in the amount $417,146.17 (the PennyMac Junior Lien) plus per diem interest at a rate of $124.21 per day thereafter, and any fees, costs, or expenses accrued pursuant to the terms and conditions of the PLS mortgage.

11. The Parties stipulate that the PennyMac Junior Lien is next in priority after the

Stipulated Motion regarding Lien Priority between
the United States and PennyMac Loan Services, LLC.
(Case No. 3:24-cv-04959-CRB)

2

United States' liens and subordinate only to the United States' liens.

12. All other liens on the Subject Property are subordinate to the United States' and PennyMac Senior and Junior liens.

13. The Parties agree that PennyMac's Senior Lien and Penny Mac's Junior Lien combined total as of December 3, 2025, is $706,260.04 (the "PennyMac Lien") and the PennyMac Lien accrues daily per diem interest at $124.21 per day.

14. If and when the Subject Property is sold, Penny Mac shall recover $289,113.87 for the payment of the PennyMac Senior Lien from any sale proceeds. Any remaining sale proceeds will then be applied and paid to the United States to satisfy the United States' liens. If there are any sale proceeds remaining after the payment and satisfaction of the PennyMac Senior Lien and the United States' liens, then the remaining sale proceeds will be applied and paid to PLS to satisfy the PennyMac Junior Lien and any outstanding accrued interest, fees, costs or expenses as provided by the terms of the PLS mortgage.

15. Each party agrees to bear their respective costs, including attorney fees and other costs associated with the litigation that would otherwise be recoverable under 26 U.S.C. § 6323(e).

16. The United States and PLS agree to bear their own costs and attorney's fees, except the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the Subject Property.

17. The United States and PLS respectfully request an order confirming the foregoing.

//
//
//

Stipulated Motion regarding Lien Priority between
the United States and PennyMac Loan Services, LLC.
(Case No. 3:24-cv-04959-CRB)

3

DATED: April 20, 2026

BRETT SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Khashayar Attaran*
KHASHAYAR ATTARAN
Tax Litigation Branch
Civil Division, Department of Justice

*Counsel for the United States of America*

DATED: April 20, 2026

*/s/ David Gonden*
DAVID M. GONDEN
Andrews & Rhodes LLP
1370 Valley Vista Drive, Suite 200
Diamond Bar, CA 91765
(909) 396-4436
dmg@andrews-rhodes.com

*Counsel for PennyMac Loan Services LLC*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I obtained concurrence in the filing of this document from the signatory indicated by the conformed signature (/s/) David M. Gonden.

*/s/ Khasha Attaran*
KHASHA ATTARAN
Tax Litigation Branch
Civil Division, Department of Justice

Stipulated Motion regarding Lien Priority between
the United States and PennyMac Loan Services, LLC.
(Case No. 3:24-cv-04959-CRB)

BRETT SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

KHASHAYAR ATTARAN (Florida, 127091)
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, DC 20044
(202) 514-6062
Khashayar.Attaran@usdoj.gov
Western.Taxcivil@usdoj.gov

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        *v.*<br><br>PARVIN PRASAD, SAVITA CHAND, ET AL.,<br><br>            Defendants. | Case No. 3:24-cv-04959-CRB<br><br>**[PROPOSED] ORDER GRANTING LIEN PRIORITY STIPULATION BETWEEN THE UNITED STATES AND PENNYMAC LOAN SERVICES LLC** |

The Court, having reviewed the stipulation of the United States and Defendant PennyMac Loan Services LLC ("PLS"), hereby **ORDERS** as follows:

1.  The real property that is the subject of this action (the "Subject Property") is located at 2585 Jacobs St., Hayward, California 94541, and is more particularly described as:

    LOT 11, BLOCK 2, TRACT 1305, FILED JULY 15, 1953, MAP

    BOOK 33, PAGE 89, ALAMEDA COUNTRY RECORDS

[PROPOSED] ORDER                                            1

2. The assessor's parcel number for the Subject Property is 417-0060-005.

3. The United States has federal tax liens encumbering the Subject Property. These liens are referenced the complaint (Dkt. 1).

4. PLS has a lien on the Subject Property by virtue of a loan refinance and payoff of $289,113.87 to the original investor on a 2014 deed of trust recorded on December 5, 2014.

5. PLS's lien encumbering the Subject Property is senior to the United States' federal tax liens.

6. The United States' liens are second in priority, subordinate only to PLS's lien. All other liens on the Subject Property are subordinate to the United States' liens.

7. The Parties agree that PLS's lien that is senior to the United States' liens totals $289,113.87 (the "PLS Senior Lien").

8. If and when the Subject Property is sold, PLS may recover $289,113.87 from the sale proceeds. Any remaining sale proceeds shall be distributed first to the United States to satisfy in whole or in part its liens.

9. The Parties stipulate that PLS's mortgage lien that is junior to the United States' liens is as of December 3, 2025, is in the amount $417,146.17 (the PennyMac Junior Lien) plus per diem interest at a rate of $124.21 per day thereafter, and any fees, costs, or expenses accrued pursuant to the terms and conditions of the PLS mortgage.

10. The Parties stipulate that if there are any proceeds remaining after the full satisfaction of the PLS Senior Lien and the United States liens, then any remaining proceeds shall be applied to satisfy the PennyMac Junior Lien.

11. Each party shall bear its own costs, including attorney's fees and any costs otherwise recoverable under 26 U.S.C. § 6323(e).

[Proposed] ORDER                                                      2

**PURSUANT TO THE STIPULATION IT, IS SO ORDERED.**

Dated this __20th__ day of April 2026.

_____
CHARLES R. BREYER
United States District Judge

[Proposed] ORDER                    3