BRETT SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

ALICE Y. LEE (D.C. Bar #1724949)
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, DC 20044
202-307-5963
Alice.Lee@usdoj.gov
Western.Taxcivil@usdoj.gov
*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>*v.*<br><br>PARVIN PRASAD, SAVITA CHAND, ET AL.,<br>Defendants. | Case No. 3:24-cv-04959-CRB<br><br>**STIPULATION TO DISCLAIM INTEREST** |

Plaintiff, the United States, and Defendant, State of California, Franchise Tax Board ("CFTB"), though undersigned counsel, stipulate as follows:

1. On August 9, 2024, the United States filed this action to: (1) to reduce to judgment federal tax assessments made against Defendants Parvin Prasad and Savita Chand for 2010, 2011, and 2012, (2) determine the validity and priority of the liens and claims of all the parties regarding the real property commonly known as 2585 Jacobs St. Hayward, CA, 94551 ("Subject Property"), and (3) foreclose federal tax liens on the Subject Property. ECF No. 1.

2. On August 15, 2024, the United States properly served the CFTB with process in

this case via personal service at 9646 Butterfield Way, Sacramento, CA 95827. ECF No. 12.

3. This Stipulation relates to the Subject Property.

4. The Subject Property is identified by Alameda County's Assessor's Parcel Number 417-0060-005.

5. The Subject Property is more particularly described and identified as follows:

LOT 11, BLOCK 2, TRACT 1305, FILED JULY 15, 1953, MAP BOOK 33, PAGE 89, ALAMEDA COUNTRY RECORDS

6. The United States named CFTB as a defendant in this action pursuant to 26 U.S.C. § 7403(b) because CFTB might have asserted an interest in the Subject Property. The United States claims no monetary relief against CFTB.

7. CFTB hereby disclaims any right, title, or interest in the Subject Property.

8. The United States and CFTB agree to bear their own costs and attorney's fees, except the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the Subject Property.

9. The United States will separately file a notice of dismissal of CFTB under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

//

//

//

//

//

//

//

//

//

//

Dated: July 31, 2026

BRETT SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

/s/ Alice Y. Lee
ALICE Y. LEE
Tax Litigation Branch
Civil Division, Department of Justice
*Counsel for the United States of America*

Dated: July 30, 2026

ROB BONTA
Attorney General of California
MICHAEL D. GOWE
Supervising Deputy Attorney General

/s/ Brendan Sasso
BRENDAN SASSO
Deputy Attorney General
State Bar No. 332134
455 Golden Gate Ave., Suite 1100
San Francisco, CA 94102
Telephone: (415) 510-3618
Email: Brendan.Sasso@doj.ca.gov

*Counsel for the State of California, Franchise Tax Board*

**PURSUANT TO THE STIPULATION IT, IS SO ORDERED.**

Date: August 4, 2026

.

THE HONORABLE CHARLES R. BREYER
United States District Judge

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Alice Lee hereby attests that concurrence in the filing of this document has been obtained from all signatories above.

Dated: July 31, 2026

*/s/ Alice Y. Lee*
ALICE Y. LEE
Trial Attorney, Tax Litigation Branch
Civil Division, United States Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to any and all CM/ECF participant(s), and on the same date, I caused a true and complete copy of the foregoing document to be served via FedEx to the following parties at the following addresses:

**Alameda County**
1221 Oak Street, Suite 555, Oakland, CA 94612

**California Franchise Tax Board**
9646 Butterfield Way, Sacramento, CA 95827

<u>*/s/ Alice Y. Lee*</u>
ALICE Y. LEE
Tax Litigation Branch
Civil Division, Department of Justice